IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                      No. 2:11-cv-2916 GEB EFB P

    vs.

SAHOOTA, et al.,

      Defendants.           ORDER

_____/

        On May 29, 2012, plaintiff filed a motion for reconsideration of the magistrate judge's order filed May 7, 2012, which dismissed plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 7, 2012, is affirmed.

Dated: June 22, 2012

GARLAND E. BURRELL, JR.
United States District Judge