IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                     No. 2:11-cv-2916 GEB EFB P

vs.

DR. SAHOOTA, et al.,

      Defendants.                <u>FINDINGS AND RECOMMENDATIONS</u>

      Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On May 7, 2012, the court dismissed plaintiff's complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed an amended complaint. On June 25, 2012, the district judge denied plaintiff's request for reconsideration of the undersigned's May 7, 2012 order.

////

////

1

1     Accordingly, is hereby RECOMMENDED that this action be DISMISSED. Fed. R. Civ.
2 P. 41(b); E. D. Cal. Local Rule 110, 183(b).

3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties. Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10 Dated: June 29, 2012.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE